# UNITED STATES DISTRICT COURT
for the
District of Arizona

| | |
|---|---|
| United States of America<br>v.<br>Faustino Alonso Gonzalez,<br>a.k.a.: Alonso Faustino,<br>(A 070 771 184)<br>*Defendant* | Case No. 16-529 MJ |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of November 30, 2016, in the County of Maricopa, in the District of Arizona, the defendant violated Title 8, U.S.C. § 1326(a), an offense described as follows:

Faustino Alonso Gonzalez, an alien, was found in the United States of America, at or near Phoenix, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at Nogales, Arizona, on or about August 12, 2002, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a), and enhanced by (b)(1). I further state that I am a Deportation Officer.

This criminal complaint is based on these facts:

**See Attached Statement of Probable Cause Incorporated by Reference Herein**

REVIEWED BY: *CEB* Charles E. Bailey, P.S. for AUSA Jillian Besancon

☒ Continued on the attached sheet.

*Complainant's signature*

Marcus D. Leggett,
Deportation Officer
*Printed name and title*

Sworn to before me and signed in my presence.

Date: December 1, 2016

*Judge's signature*

City and state: Phoenix, Arizona

Michelle H. Burns,
United States Magistrate Judge
*Printed name and title*

STATEMENT OF PROBABLE CAUSE

I, Marcus D. Leggett, being duly sworn, hereby depose and state as follows:

1. Your affiant is a Deportation Officer with United States Immigration and Customs Enforcement (ICE). I have learned from direct participation in the investigation and from the reports and communications of other agents and officers the facts recited herein.

2. On November 30, 2016, while following a lead provided by Homeland Security Investigations, Faustino Alonso Gonzalez was encountered by the Phoenix ICE Priority Enforcement Program (PEP) in Phoenix, Arizona. PEP officers encountered Gonzalez during a vehicle stop near his place of residence, on North 67th Avenue. At the scene, ICE Officer Kinter interviewed Gonzalez and determined him to be a Mexican citizen, illegally present in the United States, and placed him under arrest. On the same date, Gonzalez was transported to the Phoenix ICE office for further investigation and processing. Gonzalez was held in administrative custody until his criminal and immigration records could be obtained and his identity confirmed.

3. Immigration history checks revealed Faustino Alonso Gonzalez to be a citizen of Mexico and a previously deported criminal alien. Gonzalez was removed from the United States to Mexico through Nogales, Arizona, on or about August 12, 2002,

pursuant to an order of removal issued by an immigration official. There is no record of Gonzalez in any Department of Homeland Security database to suggest that he obtained permission from the Secretary of the Department of Homeland Security to return to the United States after his removal. Gonzalez's immigration history was matched to him by electronic fingerprint comparison.

4. Criminal history checks revealed that Faustino Alonso Gonzalez was convicted of Disorderly Conduct by the Discharge of a Deadly Weapon, a felony offense, on October 28, 1996, in the Superior Court of Arizona, Maricopa County. Gonzalez was sentenced to one and one half (1.5) years' incarceration. Gonzalez's criminal history was matched to him by electronic fingerprint comparison.

5. On November 30, 2016, Faustino Alonso Gonzalez was advised of his constitutional rights. Gonzalez freely and willingly acknowledged his rights and declined to make any further statements.

6. For these reasons, this affiant submits that there is probable cause to believe that on or about November 30, 2016, Faustino Alonso Gonzalez, an alien, was found in the United States of America, at or near Phoenix, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at Nogales, Arizona, on or about August 12, 2002, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply

for admission thereto; in violation of Title 8, United States Code, Section 1326(a), and enhanced by (b)(1).

_____
Marcus D. Leggett,
Deportation Officer,
Immigration and Customs Enforcement

Sworn to and subscribed before me
this 1st day of December, 2016.

_____
Michelle H. Burns,
United States Magistrate Judge